WILLIAM M. CROSBY (SBN: 49357)
BARNES, CROSBY, FITZGERALD & ZEMAN LLP
18101 Von Karman Avenue, Suite 120
Irvine, CA 92612
Telephone:  (949) 852-1100
Facsimile:  (949) 852-1501

JS - 6

Attorneys for Plaintiff
MONIQUE TALOA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE TALOA,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY;<br>COMMUNICATIONS WORKERS OF<br>AMERICA, LOCAL 9510, AFL-CIO;<br>STEVEN LOPEZ; DOES I through X,<br>inclusive,<br><br>    Defendants. | CASE NO. SACV08-01445 AG (JTLx)<br><br>ORDER RE: DISMISSAL OF<br>ENTIRE ACTION WITH PREJUDICE |

This action is ordered dismissed in its entirety, with prejudice.

IT IS SO ORDERED this 4th day of December, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J. GUILFORD

1

(PROPOSED) ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE